**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  **4/19**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Columbia Nutritional, LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **46-1587255** | |

4. **Debtor's address**

**Principal place of business**

**6317 NE 131st Avenue, Suite 103
Vancouver, WA 98682**
Number, Street, City, State & ZIP Code

**Clark**
County

**Mailing address, if different from principal place of business**

**PO Box 820829
Vancouver, WA 98682-0016**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)   **https://www.columbianutritional.com/**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Case 20-40353-BDL    Doc 1    Filed 02/06/20    Ent. 02/06/20 16:14:59    Pg. 1 of 48

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | ____ | When | ____ | Case number | ____ |
| District | ____ | When | ____ | Case number | ____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | ____ | | | Relationship | ____ |
| District | ____ | When | ____ | Case number, if known | ____ |

Case 20-40353-BDL    Doc 1    Filed 02/06/20    Ent. 02/06/20 16:14:59    Pg. 2 of 48

**11.  Why is the case filed in**    *Check all that apply:*
**this district?**

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or**    ☑ No
**have possession of any**
**real property or personal**    ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**property that needs**
**immediate attention?**
**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency  _____

          Contact name  _____

          Phone  _____

---

███  **Statistical and administrative information**

**13.  Debtor's estimation of**    .    *Check one:*
**available funds**
☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of**    ☐ 1-49                    ☐ 1,000-5,000              ☐ 25,001-50,000
**creditors**                    ☐ 50-99                   ☐ 5001-10,000              ☐ 50,001-100,000
                                 ☐ 100-199                 ☐ 10,001-25,000            ☐ More than100,000
                                 ☑ 200-999

**15.  Estimated Assets**        ☐ $0 - $50,000            ☑ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion
                                 ☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million   ☐ $1,000,000,001 - $10 billion
                                 ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion
                                 ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million  ☐ More than $50 billion

**16.  Estimated liabilities**   ☐ $0 - $50,000            ☐ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion
                                 ☐ $50,001 - $100,000      ☑ $10,000,001 - $50  million   ☐ $1,000,000,001 - $10 billion
                                 ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion
                                 ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million  ☐ More than $50 billion

Case 20-40353-BDL    Doc 1    Filed 02/06/20    Ent. 02/06/20 16:14:59    Pg. 3 of 48

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 6, 2020**
MM / DD / YYYY

**X** **/s/ Brea Viratos** _____
Signature of authorized representative of debtor

**Brea Viratos** _____
Printed name

Title   **Chief Operating Officer** _____

**18. Signature of attorney**

**X** **/s/ Thomas W. Stilley** _____
Signature of attorney for debtor

Date **February 6, 2020**
MM / DD / YYYY

**Thomas W. Stilley**
Printed name

**Sussman Shank LLP**
Firm name

**1000 SW Broadway**
**Suite 1400**
**Portland, OR 97205**
Number, Street, City, State & ZIP Code

Contact phone   **503-227-1111**

Email address   **tstilley@sussmanshank.com**

**WSBA 21718 WA**
Bar number and State

Debtor name      **Columbia Nutritional, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February  6, 2020**          X **/s/ Brea Viratos**
                                             Signature of individual signing on behalf of debtor

                                             **Brea Viratos**
                                             Printed name

                                             **Chief Operating Officer**
                                             Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Columbia Nutritional, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF WASHINGTON** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AIDP, Inc. 19535 E Walnut Drive S. City of Industry, CA 91748 | Chelsea Weng cweng@aidp.com 629-964-6910 | Trade debt | | | | $1,303,654.38 |
| APP Global, Inc. 1940 S. Lynx Place Ontario, CA 91761 | Tiffany Lam Tiffanyl@appglobalinc.com 760-810-7558 | Trade debt | | | | $79,965.50 |
| Capscanada Corporation P.O. Box 160250 Miami, FL 33116-0250 | Carla BasseDavidoff Carla@capscanada.com 866-788-2888 | Trade debt | | | | $472,793.75 |
| Capsugel P.O. Box 640091 Pittsburgh, PA 15264-0091 | Ronald Doyle ronlad.doyle@lonza.com 800-845-6973 | Trade debt | | | | $290,738.25 |
| DuPont - Danisco USA P.O. Box 32020 New York, NY 10087-2020 | Lindsey Gilbert lindsey.gilbert@dupont.com 913-738-3487 | Trade debt | | | | $146,494.00 |
| Elan Financial Services Commercial PO Box 6335 Fargo, ND 58125-6335 | Susan Davis s.davis@elansales.com 800-344-5696 | Trade debt | | | | $104,405.89 |
| Ernest Packaging 9255 NE Alderwood Road Portland, OR 97220 | Monique Gonzales mgonzales@ernestpkg.com 971-270-8942 | Trade debt | | | | $81,791.82 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **FutureCeuticals, Inc.** **PO Box 7269** **Carol Streem, IL** **60197-7269** | **Audrey Stroh** **audrey.stroh@van** **drunen.com** **814-507-1492** | **Trade debt** | | | | **$236,335.00** |
| **Gelita** **PO Box 1796** **Sioux City, IA 51102** | **Damon Baier** **damon.baier@gelit** **a.com** **712-943-1620** | **Trade debt** | | | | **$126,332.25** |
| **GMAX Central, LLC** **dba NusaPure** **75 N Woodward Ave** **#80277** **Tallahassee, FL** **32313** | **Milen Kolev** **mk@nusapure.com** **727-254-1040** | **Trade debt** | | | | **$86,370.00** |
| **HNRY Logistics** **PO Box 775556** **Chicago, IL** **60677-5556** | **Jacob Stabler** **jacob.stabler@YRC** **Freight.com** **716-686-7580** | **Trade debt** | | | | **$86,175.00** |
| **Jiaherb** **1 Chapin Road** **Unit 1** **Pine Brook, NJ** **07058** | **Chris Oesterheld** **co@jiaherbinc.com** **973-439-6869** | **Trade debt** | | | | **$136,705.08** |
| **Multi Packaging** **Solutions** **75 Remittance Drive** **Suite 3111** **Chicago, IL** **60675-3111** | **Mallory Stiles** **mallory.stiles@wes** **trock.com** **908-222-5427** | **Trade debt** | | | | **$90,319.61** |
| **NeuroScience** **Solutions** **373 280th St** **Osceola, WI 54020** | **Amanda Wagner** **amanda.wagner@n** **eurorelief.com** **1-888-342-7272** | trade debt | | | | **$142,635.18** |
| **Nitta Gelatin NA,** **Inc.** **598 Airport Blvd.** **Suite 900** **Morrisville, NC** **27560** | **Tiffany** **Quisumbing** **t.quisumbing@nitt** **a-glatin.com** **919-238-3300** | **Trade debt** | | | | **$208,820.00** |
| **Reliable Staffing** **Resources LLC** **7705 Hidden Hollow** **Drive** **Columbus, OH** **43235** | **Alio Gasbarro** **a.gasbarro@rsrtem** **ps.com** **614-436-4454** | **Trade debt** | | | | **$83,219.42** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Select Ingredients 10366 Roselle St. Ste. A San Diego, CA 92121** | **Celeste Shoop-Cohen**<br><br>**celeste@selectingr edients.com 858-200-0758** | **Trade debt** | | | | **$88,125.00** |
| **Stratum Nutrition 2213 Missouri Ave Carthage, MO 64836** | **Misti Taylor**<br><br>**mtaylor@stratumn utrition.com 417-358-4822** | **Trade debt** | | | | **$248,100.00** |
| **TricorBraun Inc. Dept 730049 PO Box 660919 Dallas, TX 75266-0919** | **Chad Kibbler**<br><br>**chad.kibler@tricor braun.com 503-460-6807** | **Trade debt** | | | | **$504,161.77** |
| **Vivion, Inc. 929 Bransten Road San Carlos, CA 94070** | **Vince Zuardo**<br><br>**vzuardo@vivioninc .com 650-595-3600** | **Trade debt** | | | | **$214,462.84** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Washington

In re **Columbia Nutritional, LLC**

Debtor(s)

Case No. _____

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Operating Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **February 6, 2020**

**/s/ Brea Viratos**

**Brea Viratos**/**Chief Operating Officer**
Signer/Title

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

4FAMS, INC.
20602 NE ALLWORTH RD.
BATTLE GROUND, WA 98604


A-2-Z VENDING
PO BOX 648
LEWIS CENTER, OH 43035


ABOX AUTOMATION CORP.
45 US HIGHWAY 46
PINE BOOK, NJ 07058


ACCESS BUSINESS FINANCE L.L.C.
14205 SE 36TH ST., SUITE 350
BELLEVUE, WA 98006


ACCESSLINE
PO BOX 398892
SAN FRANCISCO, CA 94139


ACETO US, LLC
4 TRI HARBOR COURT
PORT WASHINGTON, NY 11050


ACOSTA, CAROLINA M
16101 NE 10TH WAY
VANCOUVER, WA 98684


ACOSTA, ISAGANI T
16101 NE 10TH WAY
VANCOUVER, WA 98684


ACUITY SPECIALTY PRODUCTS, INC-ZEP
ZEP SALES AND SERVICE
PO BOX 841508
DALLAS, TX 75284-1508


ADVANCED BOTANICAL CONSULT&TEST INC
1169 WARNER AVENUE
TUSTIN, CA 92780


ADVANCED LABORATORIES INC.
PO BOX 65668
SALT LAKE CITY, UT 84165-0668

ADVANCED PROTECTION &
TECHNOLOGY, LLC
2724 NW 117TH WAY
VANCOUVER, WA 98685


AIDP, INC.
19535 E WALNUT DRIVE S.
CITY OF INDUSTRY, CA 91748


AIRGAS USA, LLC
PO BOX 93500
LONG BEACH, CA 90809-3500


AJINOMOTO NORTH AMERICA, INC.
DEPT CH 10983
PALATINE, IL 60055-0983


ALEX FERGUSSON, LLC
AFCO ZEP LOCKBOX #17319
PALATINE, IL 60055-7319


ALL INGREDIENTS PLUS
48 ARBOR LANE
SUITE 100
DIX HILLS, NY 11746


ALLEY, TIMOTHY
7808 NE 174TH AVE
VANCOUVER, WA 98682


ALLIANCE PACKAGING
6415 NE JACOBSON ROAD
HILLSBORO, OR 97124


ALVAREZ, PATRICIA
10504 NE 85TH ST
VANCOUVER, WA 98662


AMERI-SEAL
21330 SUPERIOR STREET
CHATSWORTH, CA 91311


AMERICAN ELECTRIC POWER
PO BOX 371496
PITTSBURGH, PA 15250-7496

AMERICAN EXPRESS CREDIT CARD
20022 NORTH 31ST AVE
MAIL CODE AZ-08-03-11
PHOENIX, AZ 85027


AMERICAN HEATING, INC
5035 SE 24TH AVE
PORTLAND, OR 97202-4765


AMERICAN INTERNATIONAL CHEMICAL, IN
2000 WEST PARK DRIVE
SUITE 300
WESTBOROUGH, MA 01581


AMERICAN LECITHIN
115 HURLEY ROAD
UNIT B
OXFORD, CT 06478


AMI NEWCO, LLC
ALOHA MEDICINALS
2300 ARROWHEAD DR
CARSON CITY, NV 89706


AMTECH INGREDIENTS
517 ADAMS AVENUE
ALBERT LEA, MN 56007


ANGQUICO, WALTER
3615 NE MINNEHAHA ST
VANCOUVER, WA 98661


APP GLOBAL, INC.
1940 S. LYNX PLACE
ONTARIO, CA 91761


ARENAS, DAMIAN
8000 NE HIGHWAY 99 #106
VANCOUVER, WA 98665


ARENS, CLINTON
12604 NE 107TH WAY
VANCOUVER, WA 98682

ARROYO, ESMERALDA
15627 NE 15TH PL
VANCOUVER, WA 98686


ARTEMIS INTERNATIONAL, INC.
3711 VANGUARD DRIVE, SUITE A
FORT WAYNE, IN 46809


AUNUTRA INDUSTRIES, INC.
5625 DANIELS STREET
CHINO, CA 91710


BANK OF AMERICA
PO BOX 15731
WILMINGTON, DE 19886-5731


BANNON, JESSICA
1634 NW EVERETT STREET
APT 102
PORTLAND, OR 97209


BARRINGTON CHEMICAL
500 MAMARONECK AVE
HARRISON, NY 10528


BARRIOS, RYAN
7000 NE 140TH AVE
VANCOUVER, WA 98682


BARRY CALLEBAUT U.S.A, LLC
28543 NETWORK PLACE
LOCKBOX # 28543
CHICAGO, IL 60673-1285


BDS NATURAL PRODUCTS
14824 S MAIN STREET
GARDENA, CA 90248


BECKER, NED C
903 ROYAL PINES CT
MISSOULA, MT 59802


BELTRAN, FRANCHESCA N
5418 NE 37TH AVE
PORTLAND, OR 97211

BENCHMARK ENVIRONMENTAL
LABS, INC.
PO BOX 14740
COLUMBUS, OH 43214


BENITEZ, BLANCA
4408 NE 133RD CT
VANCOUVER, WA 98682


BERGSTROM NUTRITION
1000 W. 8TH STREET
VANCOUVER, WA 98660


BEYOND ORGANIC NUTRITIONALS
5490 CR 333
KOSHKONONG, MO 65692


BI NUTRACEUTICALS
2384 EAST PACIFICA PLACE
RANCHO DOMINIGUEZ, CA 90220


BIO-CAT, INC.
9117 THREE NOTCH ROAD
TROY, VA 22974


BIOCAPS ENTERPRISE, INC.
9696 TELSTAR AVE #309
EL MONTE, CA 91731


BIOLOGIC RESOURCES, LLC
10260 SW NIMBUS AVENUE
PORTLAND, OR 97223


BIONAP USA INC.
C/O BENCIVENGA WARD & CO CPAS
420 COLUMBUS AVE, STE 304
VALHALLA, NY 10595


BIOTRON LABORATORIES, INC.
750 NORTH 1250 WEST
CENTERVILLE, UT 84014

```
BLAST CLEANING SERVICES
PO BOX 1489
503-625-7058
SHERWOOD, OR 97140


BOHN, STEVE
22803 NE 176TH AVE
BATTLE GROUND, WA 98604


BOLT EXPRESS
75 REMITTANCE DRIVE
SUITE F
CHICAGO, IL 60675-1231


BRASSICA PROTECTION PRODUCTS LLC
250 S. PRESIDENT ST.
SUITE 2000
BALTIMORE, MD 21202


BRENNTAG SPECIALTIES, INC.
PO BOX 780510
PHILADELPHIA, PA 19178


CACTUS BOTANICS CA INC.
18560 SAN JOSE AVE
CITY OF INDUSTRY, CA 91748


CANADIAN ANALYTICAL LABORATORIES
6733 KITIMAT ROAD
MISSISSAUGA, ON L3R 1 A3


CANTARINES HERRERA, ELOINA
11304 SE 10TH ST APT #2X
VANCOUVER, WA 98664


CANYON PLASTICS, INC.
28455 LIVINGSTON AVE.
VALENCIA, CA 91355


CAPSCANADA CORPORATION
P.O. BOX 160250
MIAMI, FL 33116-0250
```

CAPSUGEL
P.O. BOX 640091
PITTSBURGH, PA 15264-0091


CARLOS, SHALLUM J
11900 NE 103RD ST
VANCOUVER, WA 98682


CARMI FLAVORINGS
6030 SCOTT WAY
CITY OF COMMERCE, CA 90040


CFO SELECTIONS LLC
310 - 120TH AVENUE NE #101
BELLEVUE, WA 98005


CHARLES BOWMAN & COMPANY
PO BOX 775343
CHICAGO, 43 60677-5353


CHEMI NUTRA
11100 METRIC BOULEVARD
STE 200D
AUSTIN, TX 78758


CHHOUM, VANNARA
3505 Q ST
VANCOUVER, WA 98663


CHINA HERBS
4804 SE 69TH AVE
PORTLAND, OR 97206


CHRISTIAN SAMSON, PLLC
310 W. SPRUCE STREET
MISSOULA, MT 59802


CINTAS CORPORATION
PO BOX 631025
CINCINNATI, OH 45263-1025


CITIBANK, NATIONAL ASSOCIATION
10201 CENTURIOIN PARKWAY
JACKSONVILLE, FL 32256

```
CITY OF VANCOUVER-UTILITIES
PO BOX 35195
SEATTLE, WA 98124-5195


CLARK COUNTY SOUTHWEST CLEAN
AIR AG
11815 NE 99TH ST., STE 1294
VANCOUVER, WA 98682-2454


CLARK PUBLIC UTILTIES
PO BOX 8900
VANCOUVER, WA 98668


CLARK, MATTHEW C
7113 NE 63RD ST
VANCOUVER, WA 98661


CLIFFTON, FRANCISCA
13216 NE 59TH ST #52
VANCOUVER, WA 98682


COLOR MAKER
1300 N HANCOCK ST STE A
ANAHEIM, CA 92807-1928


COLORES, LETICIA
5204 PLOMONDON ST
VANCOUVER, WA 98661


COLUMBIA BANK
P.O. BOX 2156 MS 6220
TACOMA, WA 98682-7260


COLUMBIA GAS OF OHIO
PO BOX 742510
CINCINNATI, OH 45274-2510


COLUMBIA STATE BANK
805 BROADWAY, SUITE 2700
PORTLAND, OR 97205


COMCAST BUSINESS
PO BOX 37601
PHILADELPHIA, PA 19101-0601
```

COMCAST BUSINESS
COMMUNICATIONS, LLC
1701 JOHN F KENNEDY BLVD
PHILADELPHIA, PA 19103-2838


COMFORTROL INC
3155 LAMB AVENUE
COLUMBUS, OH 43219


CONNOILS LLC
PO BOX 357
BIG BEND, WI 53103


COPERION K-TRON SALINA, INC.
606 NORTH FRONT STREET
SALINA, KS 67401


COPESAN SERVICES, INC.
W175 N5711 TECHNOLOGY DRIVE
MENOMONEE FALLS,, WI 53051


COPY EXPRESS / CE VENTURES
PO BOX 822499
VANCOUVER, WA 98682


CORRO, ANA
13201 NE 44TH ST  UNIT #9
VANCOUVER, WA 98682


CRIDER, KATHRYN
2302 SW 4TH STREET
BATTLE GROUND, WA 98604


CRUME, TARA R
3376 ADDY STREET
WASHOUGAL, WA 98671


CSP TECHNOLOGIES NORTH
AMERICA, LLC
1549 STATE HWY 5S
PO BOX 710
AMSTERDAM, NY 12010

CULLIGAN
400 N. MAIN
MARYSVILLE, OH 43040


CUSTOM COLLAGEN, INC.
1220 W CAPITOL DR.
ADDISON, IL 60101


CVC TECHNOLOGIES INC
10861 BUSINESS DR
FONTANA, CA 92337


DABBS, GARRETT
17522 NE 35TH CIRCLE
VANCOUVER, WA 98682


DAVIS, ROBERT
617 NW 348TH ST
LA CENTER, WA 98629


DEERLAND PROBIOTICS & ENZYMES
PO BOX 775880
CHICAGO, IL 60677-5880


DERESSA, DEBESSA
3333 NE 144TH AVE
PORTLAND, OR 97230


DETECTAMET, INC.
5111 GLEN ALDEN DRIVE
RICHMOND, VA 23231


DIRECT TRANSPORT, INC
27600 SW 95TH AVE
BLDG B, STE 109
WILSONVILLE, OR 97070


DIVERSIFIED PRINTERS INK
6770 NE CENTURY BLVD
HILLSBORO, OR 97124


DO, BINH
16806 NE 10TH ST
VANCOUVER, WA 98684

DO, THANH H
1917 NE 77TH PL
VANCOUVER, WA 98664


DOE & INGALLS MANAGEMENT, LLC
LOCKBOX # 742541
6000 FELDWOOD ROAD
COLLEGE PARK, GA 90949


DONGYU USA
14831 FRANKLIN AVE
TUSTIN, CA 92780


DRACO NATURAL PRODUCTS, INC.
539 PARROTT STREET
SAN JOSE, CA 95112


DSM NUTRITIONAL PRODUCT
3927 COLLECTION CENTER DRIVE
CHICAGO, IL 60693


DUPONT - DANISCO USA
P.O. BOX 32020
NEW YORK, NY 10087-2020


DURAN, JOANNA
13211 NE 93RD ST
VANCOUVER, WA 98682


DYNACOM, INC.
16711 HILLTOP PARK PLACE
CHAGRIN FALLS, OH 44023


ECOLAB INC.
PO BOX: 100512
PASADENA, CA 91189


ECONOBOX
PO BOX 748081
LOS ANGELES, CA 90074-8081


ECUADORIAN RAINFOREST, LLC.
222 GETTY AVE.
CLIFTON, NJ 07011

EDGAR A. WEBER & CO.
PO BOX 546
WHEELING, IL 60090


ELAN FINANCIAL SERVICES COMMERCIAL
PO BOX 6335
FARGO, ND 58125-6335


ELEMENT MATERIALS TECHNOLOGY FOOD
12003 NE AINSWORTH CIRCLE
SUITE 105
PORTLAND, OR 97220


ELEMENTS, LLC
250 SOUTH VAN BRUNT ST
ENGLEWOOD, NJ 07631


ELITE INGREDIENTS, LLC
301 CROOKS AVENUE
CLIFTON, NJ 07011


ERNEST PACKAGING
9255 NE ALDERWOOD ROAD
PORTLAND, OR 97220


ESPIRITU, PAOLO ANTONIO C
1511 SW 13TH AVE 201
BATTLE GROUND, WA 98604


ESPIRITU, PATRICK BRYAN C
1100 SE 5TH AVE
BATTLE GROUND, WA 98604


EULER HERMES SERVICES NA LLC
800 RED BROOK BLVD
OWINGS MILLS, MD 21117-1008


EUROFINS FOOD INTEGRITY & INNOVATIO
3301 KINSMAN BLVD
MADISON, WI 53704


EUROFINS FRONTIER GLOBAL SCIENCES
PO BOX 95384
GRAPEVINE, TX 76099-9734

EUROFINS MICROBIOLOGY LABS
PO BOX 2153, DEPT 1914
BIRMINGHAM, AL 35287-1914


EUROMED
80 EMERSON LANE
SUITE 1304A
BRIDGEVILLE, PA 15017


EXACT SCIENTIFIC SERVICES INC.
1355 PACIFIC PLACE
SUITE 101
FERNDALE, WA 98248


FCC PRODUCTS, INC.
106 NAYLON AVE.
LIVINGSTON, NJ 07039


FCI FLAVORS
1208 N. SWIFT RD.
ADDISON, IL 60101


FED-EX TRADE NETWORKS
PO BOX 842206
BOSTON, MA 02284-2206


FEDEX
PO BOX 94515
PALATINE, IL 60094-4515


FEDEX FREIGHT
DEPT CH
PO BOX 10306
PALATINE, IL 60055-0306


FERNANDEZ, MELBA
14518 NE 83RD WAY
VANCOUVER, WA 98682


FIFTH NUTRISUPPLY
5595 DANIELS STREET
UNIT B
CHINO, CA 91710

FIRST CHOICE COFFEE SERVICE
313 SE YAMHILL ST.
PORTLAND, OR 97214-2199


FLAVOR PRODUCERS, INC.
8521 FALLBROOK AVE.
SUITE #380
WEST HILLS, CA 91304


FLAVORCHEM
1525 BROOK DRIVE
DOWNERS GROVE, IL 60515


FLETCHER, PAUL
9002 NE WEBSTER ST
PORTLAND, OR 97220


FLEXICON CORPORATION
2400 EMRICK BOULEVARD
BETHLEHEM, PA 18020


FLORES, ANTHONY JACOB
1808 SE 145 COURT
VANCOUVER, WA 98683


FORERO REYES, RODOLFO
4501 ADDY ST
 #97 GIBBON`S CREEK
WASHOUGAL, WA 98671


FRUTAROM USA, INC.
PO BOX 841921
BOSTON, MA 02284-1921


FULLER INGREDIENTS
1735 E GREVILLEA CT
ONTARIO, CA 91761


FUTURECEUTICALS, INC.
PO BOX 7269
CAROL STREEM, IL 60197-7269


GABELEIN, KEVIN
11627 62NC AVE NE
KIRKLAND, WA 98034

GATOR CARGO
P.O. BOX 66875
PORTLAND, OR 97290-6875


GEARED MECHANICAL
12831 NE AIRPORT WAY
PORTLAND, OR 97230


GEFFEN MESHER
888 SW 5TH AVENUE, STE 800
PORTLAND, OR 97204


GELITA
PO BOX 1796
SIOUX CITY, IA 51102


GEORGE NUTTING COMPANY
PO BOX 8
BAINBRIDGE, GA 39818


GILLCO INGREDIENTS
1701 LA COSTA MEADOWS DRIVE
SAN MARCOS, CA 92078-5105


GLANBIA NUTRITIONALS, INC.
5500 NOBEL DRIVE
SUITE 250
FITCHBURG, WI 53711


GLORYBEE FOODS, INC
120 N. SENECA ROAD
PO BOX 2744
EUGENE, OR 97402


GMAX CENTRAL, LLC DBA NUSAPURE
75 N WOODWARD AVE
#80277
TALLAHASSEE, FL 32313


GNOSIS USA, INC.
4259 W. SWAMP ROAD
SUITE 305
DOYLESTOWN, PA 18902

GOLDEN, ROBERT
2018 NW EVERETT ST. APT 104
PORTLAND, OR 97209


GONZALES, NICOLE
9503 NE 73RD STREET
VANCOUVER, WA 98662


GOURMET MUSHROOMS, INC.
PO BOX 391
SEBASTOPOL, CA 95473


GRAINGER
PO BOX 419267
KANSAS CITY, MO 64141-6267


GREAT AMERICAN FINANCIAL
SERVICES
PO BOX 660831
DALLAS, TX 75266


GREATAMERICA FINANCIAL
SERVICES
PO BOX 660831
DALLAS, TX 75266-0831


GROW COMPANY
55 RAILROAD AV
RIDGEFIELD, NJ 07657


H2OREGON PREMIUM BOTTLED
WATER, CO.
11711 SE CAPPS RD, SUITE A
CLACKAMAS, OR 97015


HALL, AUSTIN
4922 PLOMONDON ST
VANCOUVER, WA 98661


HARRIS, JONATHAN
9212 NE 90TH ST
VANCOUVER, WA 98662

HARRIS, JONATHON
9212 NE 90TH ST
VANCOUVER, WA 98662


HEALTHTECH BIO ACTIVES S.L.U.
DIAGONAL 549, 5TH FLOOR
08029
BARCELONA


HEREDIA, MONICA
5102 NE 121ST AVE UNIT 33
VANCOUVER, WA 98682


HERNANDEZ, AMERICA
13217 NE 59TH ST UNIT 85
VANCOUVER, WA 98682


HERRMANN, DIANNE
PO BOX 95
RIDGEFIELD, WA 98642


HICKOK, CLIFFORD
8270 CHATEAU LANE
WESTERVILLE, OH 43082


HILL, SHAWN
607 NE 147TH AVE
VANCOUVER, WA 98684


HNRY LOGISTICS
PO BOX 775556
CHICAGO, IL 60677-5556


HUERTA, HILARIA
913 NW 106TH CI
VANCOUVER, WA 98685


HYGIENA LLC
FILE 2007
1801 W OLYMPIC BLVD
PASADENA, CA 91199-2007


IDEAL SALES & SERVICES, INC.
PO BOX 1173
MOLALLA, OR 97038

INDUSTRIAL AIR CENTERS, INC
PO BOX 1239
JEFFERSONVILLE, IN 47131


INDUSTRIAL COMMODITIES, INC.
PO BOX 4380
GLEN ALLEN, VA 23058


INDUSTRIAL PHARMACEUTICAL
RESOURCES
1241 HARDT CIRCLE
BARTLETT, IL 60103


INDUSTRIAL SERVICE COMPONENTS,
INC
PO BOX 363
BATTLE GROUND, WA 98604


INGREDIENTSONLINE.COM
14821 NORTHAM ST
LA MIRADA, CA 90638


INNOPHOS NUTRITION, INC.
PO BOX 410070
SALT LAKE CITY, UT 84116


INTERHEALTH NUTRACEUTICALS
PO BOX 744583
ATLANTA, GA 30384


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346


INTERNATIONAL CHEMICALS
SERVICES, INC.
5565 TRINITY WAY
SAN DIEGO, CA 92120


INTERNATIONAL DEHYDRATED FOODS, INC
3801 E. SUNSHINE
SPRINGFIELD, MO 65809

INTERNATIONAL PAPER
PO BOX 676565
DALLAS, TX 75267-6565


IPAR
19607 37TH DRIVE SE
BOTHELL, WA 98012


J.C. ELECTRIC INC
9014 NE ST JOHNS RD
SUITE 101
VANCOUVER, WA 98665-5806


JASON A. AYRES
FOSTER GARVEY PC
BANK OF AMERICA FINANCIAL CENT
121 SW MORRISON ST. 11TH FLOOR
PORTLAND, OR 97204-3141


JB7/ PHYSICAIANS CHOICE


JET CONTAINER COMPANY
1033 BRENTNELL AVENUE
COLUMBUS, OH 43219


JIAHERB
1 CHAPIN ROAD
UNIT 1
PINE BROOK, NJ 07058


JO   JR., NICOLAS
1218 SE PARKCREST AVE
VANCOUVER, WA 98683


JRS PHARMA LP
PO BOX 780526
PHILADELPHIA, PA 19178-0526


KAMPS PALLETS
2132 REFUGEE ROAD
COLUMBUS, OH 43207

KANAWHA SCALES & SYSTEMS
PO BOX 569
POCA, WV 25159


KASHYAP, SANDEEP
22100 NE HALSEY ST STE 332
FAIRVIEW, OR 97024


KEB NUTRACEUTICAL
1948 S LYNX PLACE
ONTARIO, CA 91761


KELLY SERVICES, INC.
PO BOX 31001-0422
PASADENA, CA 91110-0422


KERRY SELECT
PO BOX 844347
BOSTON, MA 02284-4347


KEYENCE CORPORATION OF AMERICA
500 PARK BOULEVARD
SUITE 200
ITASCA, IL 60143


KILCUP, JAMES
19517 NE 163RD AVE
BATTLE GROUND, WA 98604


KO KOSHER SERVICES
ADAS HARABONIM (EIN)
1504 VON STEUBEN DR.
WEST CHESTER, PA 19380


KRUSE, JOSHUA
9413 NE 8TH ST
VANCOUVER, WA 98664


LABITAD, JOY P
12901 NE 28TH ST  APT S123
VANCOUVER, WA 98682


LACOMBE, MAURICE
11803 NE 124TH AVE F99
VANCOUVER, WA 98682

LALLEMAND HEALTH SOLUTIONS, INC.
HARMONIUM INTERNATIONAL, INC.
17975 RUE DES GOUVERNEURS
MIRABEL, QC J7J 2K7


LAMOTTE COMPANY
IS 802 WASHINGTON AVE
CHESTERTOWN, MD 21620


LANDSCAPE MANAGEMENT & SERVICES INC
3511 NE 109TH AVENUE
VANCOUVER, WA 98682


LARSON, ROY
6207 NE 123RD AVE
VANCOUVER, WA 98682


LAULAINEN, DEAN
244 SONGBIRD LANE
LONGVIEW, WA 98632


LAVANDERO, MARLENE A
6101 NE 59TH AVE
VANCOUVER, WA 98661


LEAMER, SUZANNE
3039 F STREET
WASHOUGAL, WA 98671


LEMUS, MAYBELI
1511 SW 13TH AVE APT 201
BATTLE GROUND, WA 98604


LIQUADRY, INC.
3000 NORTH 7500 WEST
ABRAHAM, UT 84635


LIVE EARTH PRODUCTS
400 S 200 E
EMERY, UT 84522


LOPEZ, PAULINA
145 MEADOW PARK CT
WOODLAND, WA 98674

LORAND LABORATORIES LLC
17400 EL CAMINO REAL
HOUSTON, TX 77058


LYOFERM, INC
6108 W. STONER DRIVE
GREENFIELD, IN 46140


MABERRY, SAM
4005 PLOMONDON ST
VANCOUVER, WA 98661


MABERRY, SAMUEL F
4005 PLOMONDON ST
VANCOUVER, WA 98661


MADRE LABS, INC.
301 NORTH LAKE AVENUE
SUITE 600
PASADENA, CA 91101


MAINE COAST SEA VEGETABLES INC.
430 WASHINGTON JCTN RD
HANCOCK, ME 04640


MANGARON, RAYMOND JAMES
7110 NE 62ND ST
VANCOUVER, WA 98661


MANTROSE-HAEUSER CO., INC.
PO BOX 931949
CLEVELAND, OH 44193


MANUEL, MAXIMO
3116 SE 197TH CT
CAMAS, WA 98607


MARCELLI, ANDREW
408 SW EATON BLVD APT 226
BATTLE GROUND, WA 98064


MARCELLI, ANDY
408 SW EATON BLVD APT 226
BATTLE GROUND, WA 98064

MARCOR DEVELOPMENT CORP
PO BOX 785917
PHILADELPHIA, PA 19178-5917


MARS, JONATHON
3100 NE CHERRY RD B21
VANCOUVER, WA 98663


MARTIN BAUER, INC
LOCKBOX 83271
WOBURN, MA 01813-3271


MARYRUTH ORGANICS LLC
1171 S ROBERTSON BLVD #148
LOS ANGELES, CA 90035


MASTER SHRED INCORPORATED
6907 E 18TH STREET
VANCOUVER, WA 98661


MAYPRO INDUSTRIES, LLC
2975 WINCHESTER AVENUE
PURCHASE, NY 10577


MCDONNELL, DEBORAH
3110 L ST
VANCOUVER, WA 98663


MCNEILL, DAMON
86170 NORTHRUP CREEK
BIRKENFELD, OR 97016


MEI BAI US, LLC
4250 NE SUN COURT
LEES SUMMIT, MO 64064


MENDOZA, ALEXANDER
4508 NE 151 AVE
VANCOUVER, WA 98682


MEZA, CHRISTOPHER
3109 E 26TH ST
VANCOUVER, WA 98661

MG AMERICA, INC.
31 KULICK ROAD
FAIRFIELD, NJ 07004


MITSUBISHI INTL. FOOD INGREDIENTS,
411 HACKENSACK AVENUE
SUITE 901
HACKENSACK, NJ 07061


MODULAR PACKAGING SYSTEMS INC.
FRANKLIN AVE INDUSTRIAL CENTER
385 FRANKLIN AVENUE #C
ROCKAWAY, NJ 07866


MONARCH
P.O. BOX 12850
OGDEN, UT 84412-2850


MONTES RAMIREZ, VIVIANA
8917 NE 15TH AVE APT F-55
VANCOUVER, WA 98665


MONTES-RAMIREZ, GRISELDA
6727 NE VAN MALL DR APT B-42
VANCOUVER, WA 98661


MONTEZ, KEVIN
1800 MURTON ST  APT 326
VANCOUVER, WA 98661


MOTHER JUNGLE HERBS
PO BOX 892713
TEMECULA, CA 92589


MOTION INDUSTRIES
3112 NE 112TH AVE
SUITE C
VANCOUVER, WA 98682


MULTI PACKAGING SOLUTIONS
75 REMITTANCE DRIVE
SUITE 3111
CHICAGO, IL 60675-3111

MULTIMEDIA PHARMA SCIENCES LLC
2 CLARK DRIVE #100
CRANBURY, NJ 08512


MURGUIA, KATRINA
520 NE 108TH AV #6
VANCOUVER, WA 98664


NATIONAL REGISTERED AGENTS, INC.
PO BOX 4349
CAROL STREAM, IL 60197-4349


NATIVIDAD, MARIO L
3508 NE 109TH ST APT C-9
VANCOUVER, WA 98682


NATOLI
28 RESEARCH PARK CIRCLE
ST. CHARLES, MO 63304


NATUREX, INC.
375 HUYLER STREET
SOUTH HACKENSACK, NJ 07606


NEIL HEACOCK CONSULTING
D.B.A TRIAD TECHNOLOGY SYSTEMS
PO BOX 821364
VANCOUVER, WA 98682


NEOGEN CORP.
25153 NEWTORK PLACE
CHICAGO, IL 60673-1251


NEOPOST USA INC.
DEPT. 3689
PO BOX 123689
DALLAS, TX 75312-3689


NEUROSCIENCE SOLUTIONS
373 280TH ST
OSCEOLA, WI 54020


NEXIRA, INC.
15 SOMERSET STREET
SOMERVILLE, NJ 08876

```
NGUYEN, DIEP H
7700 NE 20TH ST
VANCOUVER, WA 98664


NILFISK, INC
PO BOX 200973
PITTSBURGH, PA 15251-0973


NITTA GELATIN NA, INC.
598 AIRPORT BLVD.
SUITE 900
MORRISVILLE, NC 27560


NJM PACKAGING
5600 KIERAN STREET
MONTREAL QC H4S 2B5


NORTH AMERICAN REISHI LTD (NAMMEX)
PO BOX 1780
GIBSONS, BC V0N 1V0


NSF INTERNATIONAL
DEPT. LOCKBOX # 771380
PO BOX 77000
DETROIT, MI 48277-1380


NURNBERG SCIENTIFIC
18500 SW TETON AVENUE
TUALATIN, OR 97062


NUTRALAND USA, INC.
212 TECHNOLOGY DR.,
SUITE X
IRVINE, CA 92618


NUTRALLIANCE
23600 VIA DEL RIO STE B
YORBA LINDA, CA 92887


NW NATURAL GAS
220 NW 2ND AVE
PORTLAND, OR 97209
```

OAK HARBOR FREIGHT
PO BOX 1469
AUBURN, WA 98071


OHIO DEPARTMENT OF TAXATION
PO BOX 530
COLUMBUS, OH 43216-0530


OLD DOMINION FREIGHT
LINE, INC.
PO BOX 742296
LOS ANGELES, CA 90074-2296


OPEN SYSTEMS INC.
ATTN: ACCOUNTS RECEIVABLE
4301 DEAN LAKES BLVD
SHAKOPEE, MN 55379


ORKIN PEST CONTROL SERVICES
P.O. BOX 7161
PASADENA, CA 91109-7161


ORTEGA MORENO, BERENICE
2615 NEALS LANE APT M24
VANCOUVER, WA 98661


ORTIZ, PEDRO
8701 E MILL PLAIN BL APT 98
VANCOUVER, WA 98664


PAC-VAN
75 REMITTANCE DRIVE
SUITE 3300
CHICAGO, IL 60675-3300


PACIFIC OFFICE AUTOMATION (USAGE)
14747 NW GREENBRIER PKWY
BEAVERTON, OR 97006


PAUL O. ABBE
201 HANSEN COURT
SUITE 125
WOOD DALE, IL 60191

PERKINS COIE
1201 THIRD AVE, 40TH FL
SEATTLE, WA 98101


PFAFF, JENNIFER L
108 KELSEY COURT
LONGVIEW, WA 98632


PHARM-RX CHEMICAL CORP.
299 MARKET STREET
SUITE 410
SADDLE BROOK, NJ 07663


PHARMACHEM LABORATORIES LLC
PO BOX 52210
NEWARK, NJ 07101-0220


PHARMAX N.A., INC.
1300 VALLEY VISTA DR
SUITE 205B
DIAMOND BAR, CA 91765


PHYTOCHEM INTERNATIONAL, INC.
1001 S. GROVE AVE.
ONTARIO, CA 91761


PICKETT-ALLRED, HARRISON M
11301 NE 7TH STREET, APT R6
VANCOUVER, WA 98684


PLT HEALTH SOLUTIONS, INC.
119 HEADQUARTERS PLAZA
MORRISTOWN, NJ 07960


PLYMOUTH ORANGE POINT, LLC
PO BOX 92906
CLEVELAND, OH 44194-2906


PLYMOUTH ORANGE POINT, LLC
PO BOX 92906
CLEVELAND, OH 44194


PROBI USA, INC.
9609 153RD AVENUE N.E.
REDMOND, WA 98052

PROCOPIO, THAIS
15413 NE 89TH ST
VANCOUVER, WA 98682


PROMACH FILING SYSTEMS LLC
PO BOX 932261
CLEVELAND, OH 44193


PTAFF, JENNIFER
108 KELSEY COURT
LONGVIEW, WA 98632


PURATOS BAKERY
LOCKBOX #399206
PO BOX 399206
SAN FRANCISCO, CA 94139-9206


PWZW USA LTD.
PET WONDER
250 H STREET
PMB 663
BLAINE, WA 98230


QUALITY CONTROL SERVICES, INC.
PO BOX 14831
PORTLAND, OR 97293


QUILL CORPORATION
PO BOX 37600
PHILADELPHIA, PA 19101-0600


RASH, DENNAE M
1750 SW PALMBLAD RD
GRESHAM, OR 97080


RAUDA, OLGA LIDIA
6517 KANSAS ST
VANCOUVER, WA 98661


RAYMOND HANDLING CONCEPTS CORPORATI
41400 BOYCE ROAD
FREMONT, CA 94538-3113

RAYMOND LEASING CORP.
PO BOX 301590
DALLAS, TX 75303


RAYMOND LEASING CORPORATION
PO BOX 301590
DALLAS, TX 75303-1590


REGENTS CAPITAL CORPORATION
3200 BRISTOL STREET, SUITE 400
COSTA MESA, CA 92626


RELIABLE STAFFING RESOURCES LLC
7705 HIDDEN HOLLOW DRIVE
COLUMBUS, OH 43235


RHINE, BRUCE C.
6909 SE TOPPER DRIVE
VANCOUVER, WA 98664


RIANO, LEMUEL M
9707 NE 115TH CT
VANCOUVER, WA 98662


ROBELO, FREDDIE R
7903 MILL PLAIN CT
VANCOUVER, WA 98664


ROBERTET INC.
400 INTERNATIONAL DRIVE
MOUNT OLIVE, NJ 07828


ROBINSON, JENNIFER
PO BOX 820563
VANCOUVER, WA 98662


ROELMI DS USA LLC
50 HARRISON ST.
SUITE 211D
HOBOKEN, NJ 07030


ROSALES FLORES,  GILBERTO
117 SANCTUARY VILAGE DRIVE
COLUMBUS, OH 43235

RUMPKE
PO BOX 538710
CINCINNATI, OH 45253


SABINSA
20 LAKE DRIVE
EAST WINDSOR, NJ 08520-5321


SAMANDER, JANICE M
109 SE 95TH AVE
VANCOUVER, WA 98664


SANDOVAL, GLADYS
2401NE FOUR SEASONS LN
APT J160
VANCOUVER, WA 98684


SANTIAGO JOAQUIN, SOFIA
11800 NE 124TH AVE UNIT Q218
VANCOUVER, WA 98682


SCIENTIFIC LIVING, INC.
3141 MICHELSON DRIVE
#1301
IRVINE, CA 92612


SCRUGGS, HANNAH
16084 SE ROCKROSE LN
TIGARD, OR 97223


SDG SECURITY
5988 E LIVINGSTON AVE
COLUMBUS, OH 43232-2927


SECURITIES & EXCHANGE
COMMISSION
OFFICE OF REORGANIZATION
444 SOUTH FLOWER ST. SUITE 900
LOS ANGELES, CA 90071


SEEKING HEALTH LLC
3140 MERCER AVE
BELLINGHAM, WA 98225

```
SELECT INGREDIENTS
10366 ROSELLE ST.
STE. A
SAN DIEGO, CA 92121


SEPPIC, INC
30 TWO BRIDGES ROAD
SUITE 210
FAIRFIELD, NJ 07004


SEVEN NUTRITION
1512 OAK HEIGHTS DRIVE
AUSTIN, TX 78741


SIFTON INDUSTRIAL, LLC
11218B NE 66TH STREET #2
VANCOUVER, WA 98662


SILLIKER, INC.
111 E WACHER DRIVE
SUITE 2300
CHICAGO, IL 60601


SILVA GOMEZ, NIOBE
410 W MILL PLAIN BLV APT #310
VANCOUVER, WA 98660


SMITH, CATHY
13201 NE 44TH ST #19
VANCOUVER, WA 98682


SMOTHERS, DANIEL Z
1803 SE PARK CREST AVE
VANCOUVER, WA 98683


SOLANO, OLIVER J
1931 NE BIRCH ST
CAMAS, WA 98607


SOTAM, BETVINA
905 SE 136TH AVE E11
VANCOUVER, WA 98683
```

```
SPECTRUM BUSINESS
PO BOX 0916
CAROL STREAM, IL 60132


SPHERE LLC
7708 GREEN MEADOWS DRIVE
SUITE E
LEWIS CENTER, OH 43035


STANWELL WEST
100-G EAST JEFRYN BLVD.
DEER PARK, NY 11729


STARWEST BOTANICALS
161 MAIN AVE
SACRAMENTO, CA 95838


STAUBER PERFORMANCE INGREDIENTS INC
PO BOX 860532
MINNEAPOLIS, MN 55486-0532


STERICYCLE
P.O. BOX 6578
CAROL STREAM, IL 60197-6578


STERLING DISTRIBUTION
1845 PROGRESS AVENUE
COLUMBUS, OH 43207-1726


STRATUM NUTRITION
2213 MISSOURI AVE
CARTHAGE, MO 64836


SUAN FARMA
17-09 ZINK PL.
FAIR LAWN, NJ 07410


SUBOTNICK
3342 NW 26TH AVENUE, STE A
PORTLAND, OR 97210


SUHEUNG AMERICA CORP
428 E SATURN ST
BREA, CA 92821
```

SUMITOMO MITSUI FINANCE &
LEASING CO., LTD
666 THIRD AVE, 8TH FLOOR
NEW YORK, NY 10017


SWEENEY CONRAD, PS
2606 116TH AVENUE NE
SUITE 200
BELLEVUE, WA 98004


SWETT, TIFFANY
18610 NE FARGHER LAK HWY
YACOLT, WA 98675


SWISS PAC USA
2320 NW 102ND PLACE
MIAMI, FL 33172


SYNTEGON TECHNOLOGY
SERVICES INC.
36809 TREASURY CENTER
CHICAGO, IL 60694


T-BEV
1770 PRAIRIE ROAD
EUGENE, OR 97402


TENNANT SALES & SERVICE CO
PO BOX 71414
CHICAGO, IL 60694-1414


THRESHOLD ENTERPRISES, LTD
11 NASH PARKWAY
SOMERSWORTH, NH 03878


TR NUTRITIONALS
1048 SOUTHERBY LANE
ALPHRETTA, GA 30004


TREASURER, STATE OF OHIO
OHIO DEPARTMENT OF AGRICULTURE
8995 EAST MAIN STREET
REYNOLDSBURG, OH 43068

TRICHEL, CHRISTOPHER R
2501 NE 138TH AVE, APT K84
VANCOUVER, WA 98684


TRICORBRAUN INC.
DEPT 730049
PO BOX 660919
DALLAS, TX 75266-0919


TURNER, DONALD
4619 NE 112TH AVE E104
VANCOUVER, WA 98682


ULINE
ATTN: ACCOUNTS RECEIVABLE
PO BOX 88741
CHICAGO, IL 60680-1741


UNGER, KEVIN
10775 STATE ROUTE 521
SUNBURY, OH 43074


UNIFIRST
P.O. BOX 301219
PORTLAND, OR 97294


UNIFIRST OHIO
211 REYNOLDSBURG-NEW ALBANY RD
BLACKLICK, OH 43004


UNISAN
1333 RESEARCH ROAD
COLUMBUS, OH 43230


UNITED PARCEL SERVICE
PO BOX 809488
CHICAGO, IL 60680-9488


UNITED STATES ATTORENYS OFFICE
ATTN: BANKRUPTCY ASSITANT
U.S. COURTHOUSE
700 STEWART ST., RM 5220
SEATTLE, WA 98101

UPS FREIGHT
28013 NETWORK PLACE
CHICAGO, IL 60673-1280


UPS SUPPLY CHAIN SOLUTIONS, INC.
28013 NETWORK PLACE
CHICAGO, IL 60673-1280


US BANK EQUIPMENT FINANCE
PO BOX 790448
ST. LOUIS, MO 63179-0448


US BANK EQUIPMENT FINANCE
1310 MADRID ST. SUITE 101
MARSHALL, MN 56258


VALDOVINOS, ILDA
16219 NE 77TH CIR
VANCOUVER, WA 98682


VAN DRUNEN FARMS
PO BOX 7215
CAROL STREAM, IL 60197-7215


VANCOUVER WAREHOUSE & DISTRIBUTION
PO BOX 61486
VANCOUVER, WA 98666


VARGAS GALVAN, ALONDRA
3921 E FOURTH PLAIN  UNIT #25
VANCOUVER, WA 98661


VARGAS, JUAN
6912 NE 131ST AVE UNIT 14
VANCOUVER, WA 98682


VENTURA, CANDIDA
13608 NE 72ND APT.#18
VANCOUVER, WA 98682


VENTURE LABORATORIES, INC.
848 NANDINO BLVD
SUITE K
LEXINGTON, KY 40511

VERITIV OPERATING COMPANY
7472 COLLECTION CENTER DR.
CHICAGO, IL 60693


VIDEOJET TECHNOLOGIES INC
12113 COLLECTION CENTER DRIVE
CHICAGO, IL 60693


VILLEGAS-RAMIREZ, MARIA LUCIA
900 NW 106TH CIR
VANCOUVER, WA 98685


VIRATOS, BREA
6403 NW CHERRY ST
VANCOUVER, WA 98663


VIRGINIA DARE
882 THIRD AVENUE
BROOKLYN, NY 11232


VITUG, GERARDO M
5600 NE 75TH ST
VANCOUVER, WA 98661


VITUG, MARILOU
5600 NE 75TH
VANCOUVER, WA 98661


VIVION, INC.
929 BRANSTEN ROAD
SAN CARLOS, CA 94070


VWR
PO BOX 117
WAYNE, PA 19087


WASHINGTON DEPT OF LABOR
AND INDUSTRIES
COLLECTIONS
PO BOX 44171
OLYMPIA, WA 98504-4171

WASHINGTON STATE DEPARTMENT
OF REVNUE
BANKRUPTCY/CLAIMS UNIT
2101 4TH AVE #1400
SEATTLE, WA 98121-2300


WASHINGTON STATE OFFICE OF THE
ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS UNIT
800 FIFTH AVENUE SUITE 200
SEATTLE, WA 98104


WASTE CONNECTIONS
12115 NE 99TH STREET
SUITE 1830
VANCOUVER, WA 98682-2329


WATSON NUTRITION, INC.
106 EXCHANGE PLACE
POMONA, CA 91768


WEAVER TECHNOLOGIES
PO BOX 1530
TUALATIN, OR 97062-1530


WELLS FARGO EQUIPMENT FINANCE
PO BOX 7777
SAN FRANCISCO, CA 09412-0777


WELLS FARGO EQUIPMENT FINANCE
PO BOX 3072
CEDAR RAPIDS, IA 52406


WESTCO CHEMICAL
12551-61 SATICOY ST. SOUTH
NO. HOLLYWOOD, CA 91605


WR GRACE & CO.- CONN.
16335 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


WURIE, ABDULAI
127 W 25TH ST #210
VANCOUVER, WA 98660

WVNP, INC DBA NWN
12692 WASHOUGAL RIVER RD.
WASHOUGAL, WA 98671


XSTO SOLUTIONS
45 SOUTH PARK PLACE
SUITE 148
MORRISTOWN, NJ 07960


YOUR PARTY & EVENT CENTER
3006 NE 112TH AVENUE
SUITE E
VANCOUVER, WA 98682


YRC FREIGHT
PO BOX 93151
CHICAGO, IL 60673-3151


ZEP SALES & SERVICE
3330 CUMBERLAND BLVD
SUITE 700
ATLANTA, GA 30339