## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims - TO BE DELETED   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**ACOSTA, CAROLINA M**<br>**16101 NE 10TH WAY**<br>**VANCOUVER, WA 98684**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Wages**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | ██████ | ██████ |
| **2.2** | Priority creditor's name and mailing address<br>**ACOSTA, ISAGANI T**<br>**16101 NE 10TH WAY**<br>**VANCOUVER, WA 98684**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Wages**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | ██████ | ██████ |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | ███████ ██████ |
|---|---|---|---|

**ALLEY, TIMOTHY**
**7808 NE 174TH AVE**
**VANCOUVER, WA 98682**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address |
|---|---|

**ALVAREZ, PATRICIA**
**10504 NE 85TH ST**
**VANCOUVER, WA 98662**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address |
|---|---|

**ANGQUICO, WALTER**
**3615 NE MINNEHAHA ST**
**VANCOUVER, WA 98661**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address |
|---|---|

**ARENAS, DAMIAN**
**8000 NE HIGHWAY 99 #106**
**VANCOUVER, WA 98665**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
|---|---|---|

**ARENS, CLINTON**
**12604 NE 107TH WAY**
**VANCOUVER, WA 98682**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
|---|---|---|

**ARROYO, ESMERALDA**
**15627 NE 15TH PL**
**VANCOUVER, WA 98686**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
|---|---|---|

**BANNON, JESSICA**
**1634 NW EVERETT STREET**
**APT 102**
**PORTLAND, OR 97209**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
|---|---|---|

**BARRIOS, RYAN**
**7000 NE 140TH AVE**
**VANCOUVER, WA 98682**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|---|---|---|---|---|
| | **BECKER, NED C**<br>**903 ROYAL PINES CT**<br>**MISSOULA, MT 59802** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | ▮ | ▮ |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|---|---|---|---|---|
| | **BELTRAN, FRANCHESCA N**<br>**5418 NE 37TH AVE**<br>**PORTLAND, OR 97211** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | ▮ | ▮ |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|---|---|---|---|---|
| | **BENITEZ, BLANCA**<br>**4408 NE 133RD CT**<br>**VANCOUVER, WA 98682** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | ▮ | ▮ |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|---|---|---|---|---|
| | **CANTARINES HERRERA, ELOINA**<br>**11304 SE 10TH ST APT #2X**<br>**VANCOUVER, WA 98664** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | ▮ | ▮ |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|---|---|---|---|---|
| | **CARLOS, SHALLUM J** | Check all that apply. | | ▮ ▮ |
| | **11900 NE 103RD ST** | ☐ Contingent | | |
| | **VANCOUVER, WA 98682** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ▮ No | | |
| | | ☐ Yes | | |

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|---|---|---|---|---|
| | **CHHOUM, VANNARA** | Check all that apply. | | ▮ ▮ |
| | **3505 Q ST** | ☐ Contingent | | |
| | **VANCOUVER, WA 98663** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ▮ No | | |
| | | ☐ Yes | | |

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|---|---|---|---|---|
| | **CLARK, MATTHEW C** | Check all that apply. | | ▮ ▮ |
| | **7113 NE 63RD ST** | ☐ Contingent | | |
| | **VANCOUVER, WA 98661** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ▮ No | | |
| | | ☐ Yes | | |

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|---|---|---|---|---|
| | **CLIFFTON, FRANCISCA** | Check all that apply. | | ▮ ▮ |
| | **13216 NE 59TH ST #52** | ☐ Contingent | | |
| | **VANCOUVER, WA 98682** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ▮ No | | |
| | | ☐ Yes | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | ▅▅▅ - ▅▅▅ |
|---|---|---|---|
| | **COLORES, LETICIA**<br>**5204 PLOMONDON ST**<br>**VANCOUVER, WA 98661** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | ▅▅▅ - ▅▅▅ |
|---|---|---|---|
| | **CORRO, ANA**<br>**13201 NE 44TH ST  UNIT #9**<br>**VANCOUVER, WA 98682** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (3) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | ▅▅▅ - ▅▅▅ |
|---|---|---|---|
| | **CRIDER, KATHRYN**<br>**2302 SW 4TH STREET**<br>**BATTLE GROUND, WA 98604** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | ▅▅▅ - ▅▅▅ |
|---|---|---|---|
| | **CRUME, TARA R**<br>**3376 ADDY STREET**<br>**WASHOUGAL, WA 98671** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | ▆▆▆▆▆ _ ▆▆▆▆▆ |
|---|---|---|---|
| | **DABBS, GARRETT** | Check all that apply. | |
| | **17522 NE 35TH CIRCLE** | ☐ Contingent | |
| | **VANCOUVER, WA 98682** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | |

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | ▆▆▆▆▆ _ ▆▆▆▆▆ |
|---|---|---|---|
| | **DAVIS, ROBERT** | Check all that apply. | |
| | **617 NW 348TH ST** | ☐ Contingent | |
| | **LA CENTER, WA 98629** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | |

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | ▆▆▆▆▆ _ ▆▆▆▆▆ |
|---|---|---|---|
| | **DERESSA, DEBESSA** | Check all that apply. | |
| | **3333 NE 144TH AVE** | ☐ Contingent | |
| | **PORTLAND, OR 97230** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | |

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | ▆▆▆▆▆ _ ▆▆▆▆▆ |
|---|---|---|---|
| | **DO, THANH H** | Check all that apply. | |
| | **1917 NE 77TH PL** | ☐ Contingent | |
| | **VANCOUVER, WA 98664** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | |

Case 20-40353-BDL    Doc 174    Filed 05/14/20    Ent. 05/14/20 10:00:11    Pg. 7 of 32

| | | |
|---|---|---|
| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **DURAN, JOANNA**<br>**13211 NE 93RD ST**<br>**VANCOUVER, WA 98682** | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | | |
|---|---|---|
| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **ESPIRITU, PAOLO ANTONIO C**<br>**1511 SW 13TH AVE 201**<br>**BATTLE GROUND, WA 98604** | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | | |
|---|---|---|
| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **ESPIRITU, PATRICK BRYAN C**<br>**1100 SE 5TH AVE**<br>**BATTLE GROUND, WA 98604** | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | | |
|---|---|---|
| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **FERNANDEZ, MELBA**<br>**14518 NE 83RD WAY**<br>**VANCOUVER, WA 98682** | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|---|---|---|---|---|
| | **FLETCHER, PAUL** | Check all that apply. | ▨ | ▨ |
| | **9002 NE WEBSTER ST** | ☐ Contingent | | |
| | **PORTLAND, OR 97220** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|---|---|---|---|---|
| | **FLORES, ANTHONY JACOB** | Check all that apply. | ▨ | ▨ |
| | **1808 SE 145 COURT** | ☐ Contingent | | |
| | **VANCOUVER, WA 98683** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|---|---|---|---|---|
| | **FORERO REYES, RODOLFO** | Check all that apply. | ▨ | ▨ |
| | **4501 ADDY ST** | ☐ Contingent | | |
| | **#97 GIBBON`S CREEK** | ☐ Unliquidated | | |
| | **WASHOUGAL, WA 98671** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|---|---|---|---|---|
| | **GOLDEN, ROBERT** | Check all that apply. | ▨ | ▨ |
| | **2018 NW EVERETT ST. APT 104** | ☐ Contingent | | |
| | **PORTLAND, OR 97209** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | ▮▮▮▮▮ - ▮▮▮▮ |
|---|---|---|---|

**GONZALES, NICOLE**
**9503 NE 73RD STREET**
**VANCOUVER, WA 98662**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | ▮▮▮▮▮ - ▮▮▮▮ |
|---|---|---|---|

**HALL, AUSTIN**
**4922 PLOMONDON ST**
**VANCOUVER, WA 98661**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | ▮▮▮▮▮ - ▮▮▮▮ |
|---|---|---|---|

**HARRIS, JONATHON**
**9212 NE 90TH ST**
**VANCOUVER, WA 98662**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | ▮▮▮▮▮ - ▮▮▮▮ |
|---|---|---|---|

**HEREDIA, MONICA**
**5102 NE 121ST AVE UNIT 33**
**VANCOUVER, WA 98682**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | ▇▇▇▇▇▇▇ – ▇▇▇▇▇▇ |
|---|---|---|---|

**HERNANDEZ, AMERICA**
**13217 NE 59TH ST UNIT 85**
**VANCOUVER, WA 98682**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address |

**HERRMANN, DIANNE**
**PO BOX 95**
**RIDGEFIELD, WA 98642**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address |

**HICKOK, CLIFFORD**
**8270 CHATEAU LANE**
**WESTERVILLE, OH 43082**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address |

**HILL, SHAWN**
**607 NE 147TH AVE**
**VANCOUVER, WA 98684**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | ████ ─ ████ |
|---|---|---|---|
| | **HUERTA, HILARIA**<br>**913 NW 106TH CI**<br>**VANCOUVER, WA 98685** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | ████ ─ ████ |
|---|---|---|---|
| | **JO   JR., NICOLAS**<br>**1218 SE PARKCREST AVE**<br>**VANCOUVER, WA 98683** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | ████ ─ ████ |
|---|---|---|---|
| | **KASHYAP, SANDEEP**<br>**22100 NE HALSEY ST STE 332**<br>**FAIRVIEW, OR 97024** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | ████ ─ ████ |
|---|---|---|---|
| | **KILCUP, JAMES**<br>**19517 NE 163RD AVE**<br>**BATTLE GROUND, WA 98604** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Case 20-40353-BDL    Doc 174    Filed 05/14/20    Ent. 05/14/20 10:00:11    Pg. 12 of 32

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | ▬▬▬▬ - ▬▬▬▬ |
|---|---|---|---|
| | **KRUSE, JOSHUA**<br>**9413 NE 8TH ST**<br>**VANCOUVER, WA 98664** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | ▬▬▬▬ - ▬▬▬▬ |
|---|---|---|---|
| | **LABITAD, JOY P**<br>**12901 NE 28TH ST  APT S123**<br>**VANCOUVER, WA 98682** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | ▬▬▬▬ - ▬▬▬▬ |
|---|---|---|---|
| | **LACOMBE, MAURICE**<br>**11803 NE 124TH AVE F99**<br>**VANCOUVER, WA 98682** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | ▬▬▬▬ - ▬▬▬▬ |
|---|---|---|---|
| | **LARSON, ROY**<br>**6207 NE 123RD AVE**<br>**VANCOUVER, WA 98682** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Case 20-40353-BDL    Doc 174    Filed 05/14/20    Ent. 05/14/20 10:00:11    Pg. 13 of 32

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | ▬▬▬ - ▬▬▬ |
|---|---|---|---|
| | **LAULAINEN, DEAN**<br>**244 SONGBIRD LANE**<br>**LONGVIEW, WA 98632** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | ▬▬▬ - ▬▬▬ |
|---|---|---|---|
| | **LAVANDERO, MARLENE A**<br>**6101 NE 59TH AVE**<br>**VANCOUVER, WA 98661** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | ▬▬▬ - ▬▬▬ |
|---|---|---|---|
| | **LEAMER, SUZANNE**<br>**3039 F STREET**<br>**WASHOUGAL, WA 98671** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | ▬▬▬ - ▬▬▬ |
|---|---|---|---|
| | **LEMUS, MAYBELI**<br>**1511 SW 13TH AVE APT 201**<br>**BATTLE GROUND, WA 98604** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Official Form 206 E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

**Page 14 of 27**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 20-40353-BDL    Doc 174    Filed 05/14/20    Ent. 05/14/20 10:00:11    Pg. 14 of 32

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | ▨ ▨ |
|------|---|---|---|

**LOPEZ, PAULINA**
**145 MEADOW PARK CT**
**WOODLAND, WA 98674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | ▨ ▨ |
|------|---|---|---|

**MABERRY, SAMUEL F**
**4005 PLOMONDON ST**
**VANCOUVER, WA 98661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | ▨ ▨ |
|------|---|---|---|

**MANGARON, RAYMOND JAMES**
**7110 NE 62ND ST**
**VANCOUVER, WA 98661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | ▨ ▨ |
|------|---|---|---|

**MANUEL, MAXIMO**
**3116 SE 197TH CT**
**CAMAS, WA 98607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Case 20-40353-BDL    Doc 174    Filed 05/14/20    Ent. 05/14/20 10:00:11    Pg. 15 of 32

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|---|---|---|---|---|
| | **MARCELLI, ANDREW** | *Check all that apply.* | ▢ ▢ | |
| | **408 SW EATON BLVD APT 226** | ☐ Contingent | | |
| | **BATTLE GROUND, WA 98064** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|---|---|---|---|---|
| | **MARS, JONATHON** | *Check all that apply.* | ▢ ▢ | |
| | **3100 NE CHERRY RD B21** | ☐ Contingent | | |
| | **VANCOUVER, WA 98663** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|---|---|---|---|---|
| | **MCDONNELL, DEBORAH** | *Check all that apply.* | ▢ ▢ | |
| | **3110 L ST** | ☐ Contingent | | |
| | **VANCOUVER, WA 98663** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|---|---|---|---|---|
| | **MCNEILL, DAMON** | *Check all that apply.* | ▢ ▢ | |
| | **86170 NORTHRUP CREEK** | ☐ Contingent | | |
| | **BIRKENFELD, OR 97016** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

Case 20-40353-BDL    Doc 174    Filed 05/14/20    Ent. 05/14/20 10:00:11    Pg. 16 of 32

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|------|---|---|---|---|
| | **MENDOZA, ALEXANDER** | *Check all that apply.* | ▮ | ▮ |
| | **4508 NE 151 AVE** | ☐ Contingent | | |
| | **VANCOUVER, WA 98682** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|------|---|---|---|---|
| | **MEZA, CHRISTOPHER** | *Check all that apply.* | ▮ | ▮ |
| | **3109 E 26TH ST** | ☐ Contingent | | |
| | **VANCOUVER, WA 98661** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|------|---|---|---|---|
| | **MONTES RAMIREZ, VIVIANA** | *Check all that apply.* | ▮ | ▮ |
| | **8917 NE 15TH AVE APT F-55** | ☐ Contingent | | |
| | **VANCOUVER, WA 98665** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|------|---|---|---|---|
| | **MONTES-RAMIREZ, GRISELDA** | *Check all that apply.* | ▮ | ▮ |
| | **6727 NE VAN MALL DR APT B-42** | ☐ Contingent | | |
| | **VANCOUVER, WA 98661** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | ▬▬▬  ▬▬▬ |
|------|---------|---------|---------|
| | **MONTEZ, KEVIN** | Check all that apply. | |
| | **1800 MURTON ST  APT 326** | ☐ Contingent | |
| | **VANCOUVER, WA 98661** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Wages** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY | ■ No | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | |

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | ▬▬▬  ▬▬▬ |
|------|---------|---------|---------|
| | **MURGUIA, KATRINA** | Check all that apply. | |
| | **520 NE 108TH AV #6** | ☐ Contingent | |
| | **VANCOUVER, WA 98664** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Wages** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY | ■ No | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | |

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | ▬▬▬  ▬▬▬ |
|------|---------|---------|---------|
| | **NATIVIDAD, MARIO L** | Check all that apply. | |
| | **3508 NE 109TH ST APT C-9** | ☐ Contingent | |
| | **VANCOUVER, WA 98682** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Wages** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY | ■ No | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | |

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | ▬▬▬  ▬▬▬ |
|------|---------|---------|---------|
| | **NGUYEN, DIEP H** | Check all that apply. | |
| | **7700 NE 20TH ST** | ☐ Contingent | |
| | **VANCOUVER, WA 98664** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Wages** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY | ■ No | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | |

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | ███████ ███████ |
|------|---|---|---|
| | **ORTEGA MORENO, BERENICE**<br>**2615 NEALS LANE APT M24**<br>**VANCOUVER, WA 98661** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | ███████ ███████ |
|------|---|---|---|
| | **ORTIZ, PEDRO**<br>**8701 E MILL PLAIN BL APT 98**<br>**VANCOUVER, WA 98664** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | ███████ ███████ |
|------|---|---|---|
| | **PFAFF, JENNIFER L**<br>**108 KELSEY COURT**<br>**LONGVIEW, WA 98632** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | ███████ ███████ |
|------|---|---|---|
| | **PICKETT-ALLRED, HARRISON M**<br>**11301 NE 7TH STREET, APT R6**<br>**VANCOUVER, WA 98684** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Case 20-40353-BDL    Doc 174    Filed 05/14/20    Ent. 05/14/20 10:00:11    Pg. 19 of 32

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | ▆▆▆ - ▆▆▆ |
|---|---|---|---|
| | **PROCOPIO, THAIS**<br>**15413 NE 89TH ST**<br>**VANCOUVER, WA 98682** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | ▆▆▆ - ▆▆▆ |
|---|---|---|---|
| | **RASH, DENNAE M**<br>**1750 SW PALMBLAD RD**<br>**GRESHAM, OR 97080** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | ▆▆▆ - ▆▆▆ |
|---|---|---|---|
| | **RAUDA, OLGA LIDIA**<br>**6517 KANSAS ST**<br>**VANCOUVER, WA 98661** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | ▆▆▆ - ▆▆▆ |
|---|---|---|---|
| | **RIANO, LEMUEL M**<br>**9707 NE 115TH CT**<br>**VANCOUVER, WA 98662** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

Case 20-40353-BDL    Doc 174    Filed 05/14/20    Ent. 05/14/20 10:00:11    Pg. 20 of 32

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | ▆▆▆▆▆ — ▆▆▆▆▆ |
| | **ROBELO, FREDDIE R**<br>**7903 MILL PLAIN CT**<br>**VANCOUVER, WA 98664** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | ▆▆▆▆▆ — ▆▆▆▆▆ |
| | **ROBINSON, JENNIFER**<br>**PO BOX 820563**<br>**VANCOUVER, WA 98662** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | ▆▆▆▆▆ — ▆▆▆▆▆ |
| | **ROSALES FLORES, GILBERTO**<br>**117 SANCTUARY VILAGE DRIVE**<br>**COLUMBUS, OH 43235** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | ▆▆▆▆▆ — ▆▆▆▆▆ |
| | **SAMANDER, JANICE M**<br>**109 SE 95TH AVE**<br>**VANCOUVER, WA 98664** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Case 20-40353-BDL    Doc 174    Filed 05/14/20    Ent. 05/14/20 10:00:11    Pg. 21 of 32

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | ███ – ███ |
|------|---|---|---|

**SANDOVAL, GLADYS**
**2401NE FOUR SEASONS LN**
**APT J160**
**VANCOUVER, WA 98684**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | ███ – ███ |
|------|---|---|---|

**SANTIAGO JOAQUIN, SOFIA**
**11800 NE 124TH AVE UNIT Q218**
**VANCOUVER, WA 98682**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | ███ – ███ |
|------|---|---|---|

**SCRUGGS, HANNAH**
**16084 SE ROCKROSE LN**
**TIGARD, OR 97223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | ███ – ███ |
|------|---|---|---|

**SILVA GOMEZ, NIOBE**
**410 W MILL PLAIN BLV APT #310**
**VANCOUVER, WA 98660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | | |
|---|---|---|---|---|
| | **SMITH, CATHY**<br>**13201 NE 44TH ST #19**<br>**VANCOUVER, WA 98682** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | | |
|---|---|---|---|---|
| | **SMOTHERS, DANIEL Z**<br>**1803 SE PARK CREST AVE**<br>**VANCOUVER, WA 98683** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | | |
|---|---|---|---|---|
| | **SOLANO, OLIVER J**<br>**1931 NE BIRCH ST**<br>**CAMAS, WA 98607** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | | |
|---|---|---|---|---|
| | **SOTAM, BETVINA**<br>**905 SE 136TH AVE E11**<br>**VANCOUVER, WA 98683** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Case 20-40353-BDL    Doc 174    Filed 05/14/20    Ent. 05/14/20 10:00:11    Pg. 23 of 32

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | ▬▬▬ — ▬▬▬ |
|---|---|---|---|

**SWETT, TIFFANY**
**18610 NE FARGHER LAK HWY**
**YACOLT, WA 98675**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | ▬▬▬ — ▬▬▬ |
|---|---|---|---|

**TRICHEL, CHRISTOPHER R**
**2501 NE 138TH AVE, APT K84**
**VANCOUVER, WA 98684**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | ▬▬▬ — ▬▬▬ |
|---|---|---|---|

**TURNER, DONALD**
**4619 NE 112TH AVE E104**
**VANCOUVER, WA 98682**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | ▬▬▬ — ▬▬▬ |
|---|---|---|---|

**VALDOVINOS, ILDA**
**16219 NE 77TH CIR**
**VANCOUVER, WA 98682**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|---|

**VARGAS GALVAN, ALONDRA**
**3921 E Fourth Plain  Unit #25**
**VANCOUVER, WA 98661**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | |

**VARGAS, JUAN**
**6912 NE 131ST AVE UNIT 14**
**VANCOUVER, WA 98682**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | |

**VENTURA, CANDIDA**
**13608 NE 72ND APT.#18**
**VANCOUVER, WA 98682**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | |

**VILLEGAS-RAMIREZ, MARIA**
**LUCIA**
**900 NW 106TH CIR**
**VANCOUVER, WA 98685**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | | |
|---|---|---|---|---|
| | **VIRATOS, BREA** **6403 NW CHERRY ST** **VANCOUVER, WA 98663** | ☐ Contingent ☐ Unliquidated ☐ Disputed | ■ | ■ |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | | |
|---|---|---|---|---|
| | **VITUG, GERARDO M** **5600 NE 75TH ST** **VANCOUVER, WA 98661** | ☐ Contingent ☐ Unliquidated ☐ Disputed | ■ | ■ |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | | |
|---|---|---|---|---|
| | **VITUG, MARILOU** **5600 NE 75TH** **VANCOUVER, WA 98661** | ☐ Contingent ☐ Unliquidated ☐ Disputed | ■ | ■ |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | | |
|---|---|---|---|---|
| | **WURIE, ABDULAI** **127 W 25TH ST #210** **VANCOUVER, WA 98660** | ☐ Contingent ☐ Unliquidated ☐ Disputed | ■ | ■ |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ＿＿＿

Last 4 digits of account number ＿＿＿

**Basis for the claim:** ＿＿＿＿

Is the claim subject to offset? ☐ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ ▓▓▓▓▓ |
| 5b. Total claims from Part 2 | 5b. + | $ **0.00** |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ ▓▓▓▓▓ |

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
■    Amended *Schedule*    **E/F**
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 13, 2020**     X /s/ Brea Viratos
                                 Signature of individual signing on behalf of debtor

                                 **Brea Viratos**
                                 Printed name

                                 **Chief Operating Officer**
                                 Position or relationship to debtor

## CERTIFICATE OF SERVICE

1

2    I, Majesta P. Racanelli declare as follows:

3    I am employed in the County of Multnomah, state of Oregon; I am over the age of eighteen

4 years and am not a party to this action; my business address is 1000 S.W. Broadway, Suite 1400,

5 Portland, Oregon 97205-3089, in said county and state.

6    I certify that on May 14, 2020, I served, **via first class mail**, a full and correct copy of

7 Schedule E/F: Creditors Who Have Unsecured Claims – TO BE DELETED to the parties

8 addressed as follows:

9
Reid Langrill
10 2711 N. Lakeharbor
Boise, ID 83703

11
Bruce Rhine
12 6909 SE Topper Drive
Vancouver WA 98664-0000

13 And

14
Attached Service List

15    I also certify that on May 14, 2020, I served the above-referenced document(s) on all ECF

16 participants as indicated on the Court's Cm/ECF system.

17    I swear under penalty of perjury that the foregoing is true and correct to the best of my

18 knowledge, information, and belief.

19    Dated: May 14, 2020.

20                                    */s/ Majesta P. Racanelli*

21                                    _____
                                      Majesta P. Racanelli, Paralegal
22

23

24

25

26

CERTIFICATE OF SERVICE - Page 1

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

# SERVICE LIST

ACOSTA, CAROLINA M
16101 NE 10TH WAY
VANCOUVER, WA 98684

ACOSTA, ISAGANI T
16101 NE 10TH WAY
VANCOUVER, WA 98684

ALLEY, TIMOTHY
7808 NE 174TH AVE
VANCOUVER, WA 98682

ALVAREZ, PATRICIA
10504 NE 85TH ST
VANCOUVER, WA 98662

ANGQUICO, WALTER
3615 NE MINNEHAHA ST
VANCOUVER, WA 98661

ARENAS, DAMIAN
8000 NE HIGHWAY 99 #106
VANCOUVER, WA 98665

ARENS, CLINTON
12604 NE 107TH WAY
VANCOUVER, WA 98682

ARROYO, ESMERALDA
15627 NE 15TH PL
VANCOUVER, WA 98686

BANNON, JESSICA
1634 NW EVERETT STREET
APT 102
PORTLAND, OR 97209

BARRIOS, RYAN
7000 NE 140TH AVE
VANCOUVER, WA 98682

BECKER, NED C
903 ROYAL PINES CT
MISSOULA, MT 59802

BELTRAN, FRANCHESCA N
5418 NE 37TH AVE
PORTLAND, OR 97211

BENITEZ, BLANCA
4408 NE 133RD CT
VANCOUVER, WA 98682

CANTARINES HERRERA,
ELOINA
11304 SE 10TH ST APT #2X
VANCOUVER, WA 98664

CARLOS, SHALLUM J
11900 NE 103RD ST
VANCOUVER, WA 98682

CHHOUM, VANNARA
3505 Q ST
VANCOUVER, WA 98663

CLARK, MATTHEW C
7113 NE 63RD ST
VANCOUVER, WA 98661

CLIFFTON, FRANCISCA
13216 NE 59TH ST #52
VANCOUVER, WA 98682

COLORES, LETICIA
5204 PLOMONDON ST
VANCOUVER, WA 98661

CORRO, ANA
13201 NE 44TH ST  UNIT #9
VANCOUVER, WA 98682

CRIDER, KATHRYN
2302 SW 4TH STREET
BATTLE GROUND, WA 98604

CRUME, TARA R
3376 ADDY STREET
WASHAUGAL, WA 98671

DABBS, GARRETT
17522 NE 35TH CIRCLE
VANCOUVER, WA 98682

DAVIS, ROBERT
617 NW 348TH ST
LA CENTER, WA 98629

DERESSA, DEBESSA
3333 NE 144TH AVE
PORTLAND, OR 97230

DO, THANH H
1917 NE 77TH PL
VANCOUVER, WA 98664

DURAN, JOANNA
13211 NE 93RD ST
VANCOUVER, WA 98682

ESPIRITU, PAOLO ANTONIO C
1511 SW 13TH AVE 201
BATTLE GROUND, WA 98604

ESPIRITU, PATRICK BRYAN C
1100 SE 5TH AVE
BATTLE GROUND, WA 98604

FERNANDEZ, MELBA
14518 NE 83RD WAY
VANCOUVER, WA 98682

FLETCHER, PAUL
9002 NE WEBSTER ST
PORTLAND, OR 97220

FLORES, ANTHONY JACOB
1808 SE 145 COURT
VANCOUVER, WA 98683

FORERO REYES, RODOLFO
4501 ADDY ST
#97 GIBBON`S CREEK
WASHOUGAL, WA 98671

GOLDEN, ROBERT
2018 NW EVERETT ST. APT 104
PORTLAND, OR 97209

GONZALES, NICOLE
9503 NE 73RD STREET
VANCOUVER, WA 98662

HALL, AUSTIN
4922 PLOMONDON ST
VANCOUVER, WA 98661

HARRIS, JONATHON
9212 NE 90TH ST
VANCOUVER, WA 98662

HEREDIA, MONICA
5102 NE 121ST AVE UNIT 33
VANCOUVER, WA 98682
HERNANDEZ, AMERICA
13217 NE 59TH ST UNIT 85
VANCOUVER, WA 98682

HERRMANN, DIANNE
PO BOX 95
RIDGEFIELD, WA 98642

HICKOK, CLIFFORD
8270 CHATEAU LANE
WESTERVILLE, OH 43082

HILL, SHAWN
607 NE 147TH AVE
VANCOUVER, WA 98684

HUERTA, HILARIA
913 NW 106TH CI
VANCOUVER, WA 98685

JO  JR., NICOLAS
1218 SE PARKCREST AVE
VANCOUVER, WA 98683

KASHYAP, SANDEEP
22100 NE HALSEY ST STE 332
FAIRVIEW, OR 97024

KILCUP, JAMES
19517 NE 163RD AVE
BATTLE GROUND, WA 98604

KRUSE, JOSHUA
9413 NE 8TH ST
VANCOUVER, WA 98664

LABITAD, JOY P
12901 NE 28TH ST  APT S123
VANCOUVER, WA 98682

LACOMBE, MAURICE
11803 NE 124TH AVE F99
VANCOUVER, WA 98682

LARSON, ROY
6207 NE 123RD AVE
VANCOUVER, WA 98682

LAULAINEN, DEAN
244 SONGBIRD LANE
LONGVIEW, WA 98632

LAVANDERO, MARLENE A
6101 NE 59TH AVE
VANCOUVER, WA 98661

LEAMER, SUZANNE
3039 F STREET
WASHOUGAL, WA 98671

LEMUS, MAYBELI
1511 SW 13TH AVE APT 201
BATTLE GROUND, WA 98604

LOPEZ, PAULINA
145 MEADOW PARK CT
WOODLAND, WA 98674

MABERRY, SAMUEL F
4005 PLOMONDON ST
VANCOUVER, WA 98661

MANGARON, RAYMOND JAMES
7110 NE 62ND ST
VANCOUVER, WA 98661

MANUEL, MAXIMO
3116 SE 197TH CT
CAMAS, WA 98607

MARCELLI, ANDREW
408 SW EATON BLVD APT 226
BATTLE GROUND, WA 98064

MARS, JONATHON
3100 NE CHERRY RD B21
VANCOUVER, WA 98663

MCDONNELL, DEBORAH
3110 L ST
VANCOUVER, WA 98663

MCNEILL, DAMON
86170 NORTHRUP CREEK
BIRKENFELD, OR 97016

MENDOZA, ALEXANDER
4508 NE 151 AVE
VANCOUVER, WA 98682

MEZA, CHRISTOPHER
3109 E 26TH ST
VANCOUVER, WA 98661
MONTES RAMIREZ, VIVIANA
8917 NE 15TH AVE APT F-55
VANCOUVER, WA 98665

MONTES-RAMIREZ, GRISELDA
6727 NE VAN MALL DR APT B-42
VANCOUVER, WA 98661

MONTEZ, KEVIN
1800 MURTON ST  APT 326
VANCOUVER, WA 98661

MURGUIA, KATRINA
520 NE 108TH AV #6
VANCOUVER, WA 98664

NATIVIDAD, MARIO L
3508 NE 109TH ST APT C-9
VANCOUVER, WA 98682

NGUYEN, DIEP H
7700 NE 20TH ST
VANCOUVER, WA 98664

ORTEGA MORENO, BERENICE
2615 NEALS LANE APT M24
VANCOUVER, WA 98661

ORTIZ, PEDRO
8701 E MILL PLAIN BL APT 98
VANCOUVER, WA 98664

PFAFF, JENNIFER L
108 KELSEY COURT
LONGVIEW, WA 98632

PICKETT-ALLRED, HARRISON M
11301 NE 7TH STREET, APT R6
VANCOUVER, WA 98684

PROCOPIO, THAIS
15413 NE 89TH ST
VANCOUVER, WA 98682

RASH, DENNAE M
1750 SW PALMBLAD RD
GRESHAM, OR 97080

RAUDA, OLGA LIDIA
6517 KANSAS ST
VANCOUVER, WA 98661

RIANO, LEMUEL M
9707 NE 115TH CT
VANCOUVER, WA 98662

ROBELO, FREDDIE R
7903 MILL PLAIN CT
VANCOUVER, WA 98664

ROBINSON, JENNIFER
PO BOX 820563
VANCOUVER, WA 98662

ROSALES FLORES,  GILBERTO
117 SANCTUARY VILAGE DRIVE
COLUMBUS, OH 43235

SAMANDER, JANICE M
109 SE 95TH AVE
VANCOUVER, WA 98664

SANDOVAL, GLADYS
2401NE FOUR SEASONS LN
APT J160
VANCOUVER, WA 98684

SANTIAGO JOAQUIN, SOFIA
11800 NE 124TH AVE UNIT Q218
VANCOUVER, WA 98682

SCRUGGS, HANNAH
16084 SE ROCKROSE LN
TIGARD, OR 97223

SILVA GOMEZ, NIOBE
410 W MILL PLAIN BLV APT #310
VANCOUVER, WA 98660

SMITH, CATHY
13201 NE 44TH ST #19
VANCOUVER, WA 98682

SMOTHERS, DANIEL Z
1803 SE PARK CREST AVE
VANCOUVER, WA 98683

SOLANO, OLIVER J
1931 NE BIRCH ST
CAMAS, WA 98607

SOTAM, BETVINA
905 SE 136TH AVE E11
VANCOUVER, WA 98683

SWETT, TIFFANY
18610 NE FARGHER LAK HWY
YACOLT, WA 98675

TRICHEL, CHRISTOPHER R
2501 NE 138TH AVE, APT K84
VANCOUVER, WA 98684

TURNER, DONALD
4619 NE 112TH AVE E104
VANCOUVER, WA 98682

VALDOVINOS, ILDA
16219 NE 77TH CIR
VANCOUVER, WA 98682

VARGAS GALVAN, ALONDRA
3921 E Fourth Plain  Unit #25
VANCOUVER, WA 98661

VARGAS, JUAN
6912 NE 131ST AVE UNIT 14
VANCOUVER, WA 98682

VENTURA, CANDIDA
13608 NE 72ND APT.#18
VANCOUVER, WA 98682

VILLEGAS-RAMIREZ, MARIA
LUCIA
900 NW 106TH CIR
VANCOUVER, WA 98685

VIRATOS, BREA
6403 NW CHERRY ST
VANCOUVER, WA 98663

VITUG, GERARDO M
5600 NE 75TH ST
VANCOUVER, WA 98661

VITUG, MARILOU
5600 NE 75TH
VANCOUVER, WA 98661

WURIE, ABDULAI
127 W 25TH ST #210
VANCOUVER, WA 98660